THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARMINE FISCINA, Respondent, v. SAINT VITO SOCIETY OF MUTUAL ASSISTANCE OF BROOKLYN, N. Y., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

C. WALTER RANDALL, Respondent, v. GEORGE B. WIX, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar and Kelly, JJ., concurred.

REALTY ASSOCIATES, Respondent, v. THE CITY OF NEW YORK and WILLIAM BRADLEY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

ELLA H. RENNER and EMIL E. RENNER, Appellants, v. ELWIN S. PIPER and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

CHARLES F. STEHLIN, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

ANSELM STOLLBERG and MARGARETHA STOLLBERG, Respondents, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

Hon. MARTIN W. LITTLETON, of Nassau County, is Appointed to the Committee on Character, in Place of HENRY A. UTERHART, Esq., Resigned on Account of His Entrance into the Service of the United States Army. Present — Jenks, P. J., Thomas, Putnam and Kelly, JJ.

JOSEPH F. BERNASCHEFF BUILDING CONSTRUCTION COMPANY, INC., Appellant, v. OHIO FARMS INSURANCE COMPANY, Respondent.— Motion to dismiss appeal denied on condition that appellant have case printed and certified on or before May 20, 1918, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

LESTER I. BLOHM, Respondent, v. EDWARD E. BLOHM, Individually and as Executor, etc., Appellant.— Motion denied, but appellant may have ten days after the entry of this order to answer. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

CALEB W. CAMERON, Respondent, v. THE BROOKLYN UNION PUBLISHING COMPANY, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.